UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BUDDY BOY'S COUNTRY STORE, L.L.C.,   CASE NO: 3:22-CV-00644

    Plaintiff,
v.

WESTERN WORLD INSURANCE COMPANY, INC.

    Defendant.
_____/

## MEDIATOR'S REPORT

    In accordance with Fla. Rule of Civil Procedure 1.730, the undersigned Mediator hereby reports to the Court the disposition of the mediation of the above captioned action. The mediation was held on May 31st, 2023. The disposition was as follows:

__X__   The parties reached an agreement.

_____   The parties reached a partial agreement.

_____   No agreement was reached.

Dated: May 31st, 2023

                                           BY: /s/ **David L. Ross**
                                                  David L. Ross, Esq.
                                       **COAST 2 COAST MEDIATION**
                                               10237 Coconut Road
                                              Bonita Springs, FL 34135
                             **PH** 786-263-0008/**FAX** 786-263-0068
                                       Coast2CoastMediation@gmail.com

Copies to:
Counsel of record via E-Mail