UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BUDDY BOY'S COUNTRY STORE, LLC,   Case No. 3:22-cv-644-JBT

Plaintiff,

v.

WESTERN WORLD INSURANCE COMPANY,

Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Parties Joint Stipulation of Dismissal With Prejudice. The Court having considered the pertinent portions of the record and being otherwise fully advised on the premises, it is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is DISMISSED WITH PREJUDICE as to all parties and all claims, with each party to bear its own attorneys' fees and costs.

DONE AND ORDERED in Chambers, Jacksonville, Florida, this 24th day of July, 2023.

JOEL B. TOOMEY
UNITED STATES MAGISTRATE
JUDGE

Copies furnished:
All counsel of record